United States District Court
Eastern District of Michigan

Alejandro Arredondo-Silva,

    Petitioner,

v.

Kevin Raycraft, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; and Executive Office for Immigration Review

    Respondents.

Civil No. 2:25-cv-13674

Honorable Terrence G. Berg
Mag. Judge Kimberly G. Altman

## Stipulation and Order Requiring Response

On November 18, 2025, petitioner Alejandro Arredondo-Silva filed a petition for a writ of habeas corpus challenging his detention by ICE, (ECF No. 1). For good cause, the Court may set a deadline for the respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

    IT IS STIPULATED by the parties that:

    1. Respondents shall respond to the petition for a writ of habeas corpus no

1

later than December 4, 2025.

2. If petitioner chooses to file a reply, he must do so no later than three business days after respondents file their response.

3. Petitioner has sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

IT IS SO ORDERED.

s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Dated: November 19, 2025

Stipulated and agreed to by:

| Abrutyn Law PLLC | Jerome F. Gorgon Jr.<br>United States Attorney |
|---|---|
| */s/ Russell Reid Abrutyn*<br>Russell Reid Abrutyn (P63968)<br>15944 W. 12 Mile Rd.<br>Southfield, Michigan<br>(248) 965-9440<br>russell@abrutyn.com<br><br>*Attorney for Petitioner* | s/Zak Toomey (with consent)<br>Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI  48226<br>313-226-9617<br>zak.toomey@usdoj.gov<br><br>*Attorneys for Respondents* |
| Date: November 19, 2025 | November 19, 2025 |

2